**SAIBER LLC**
Melissa A. Provost, Esq.
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 622-3333
Attorneys for Defendant PHS
Prison Health Services, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIANO CLAUSE, RICHARD DORF, | Docket No. 1:08-CV-2701 |
| Plaintiffs, on behalf of themselves and all others similarly situated, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| PRISON HEALTH SERVICES, INC., 1199SEIU, UNITED HEALTHCARE WORKERS EAST, | |
| Defendant PHS. | |

This action having been amicably resolved, the parties hereby stipulate and agree that the claims asserted in the Complaint filed by the plaintiffs, Graciano Clause and Richard Dorf, against defendants, Prison Health Services, Inc., 1199SEIU, and United Healthcare Workers East, shall be dismissed with prejudice and without costs or counsel fees.

LAW OFFICE OF DAVID C. WIMS
Attorney for Plaintiffs

By: _____
David C. Wims, Esq. (DW6964)

SAIBER LLC
Attorneys for Defendant PHS

By: _____
Melissa A. Provost, Esq. (MP6081)

{00049027.DOC}

LEVY RATNER, P.C.
Attorneys for Defendant 1199 SEIU

By: _____/s/ Richard Dorn_____
Richard Dorn Esq. (RD1076)

Dated: ~~December~~ January ~~2008~~ 2009